02-11-321-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00321-CV

 

 


 
 
 In the Interest of D.R.
 and L.A.R., Children
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 323rd District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On
October 12, 2011, and October 27, 2011, we notified appellant J.R., in accordance with rule of appellate procedure
42.3(c), that we would dismiss his appeal unless the $175 filing fee was
paid.  See Tex. R. App. P. 42.3(c).  Appellant J.R. has not paid the $175 filing fee.  See
Tex. R. App. P. 5, 12.1(b).

Because
appellant J.R. has failed to comply with a
requirement of the rules of appellate procedure and the Texas Supreme Court’s
order of August 28, 2007,[2]
we dismiss the appeal of J.R.  See Tex.
R. App. P. 42.3(c), 43.2(f).  The appeal of appellant V.E.
remains pending.

Appellant
J.R. shall pay all costs of his appeal, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL: 
MCCOY, MEIER, and GABRIEL, JJ.

 

DELIVERED: 
November 23, 2011














[1]See Tex. R. App. P. 47.4.





[2]See Supreme Court of
Tex., Order Regarding Fees Charged in Civil Cases in the Supreme Court and the
Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation,
Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).